IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HEATH | : | CIVIL ACTION |
| | : | NO.  11-2779 |
| v. | : | |
| | : | |
| AUDATEX NORTH AMERICA, INC & | : | |
| SOLERA HOLDINGS, INC | : | |

## ORDER

AND NOW, this 23rd day of January, 2012, upon consideration of Audatex North America, Inc. and Solera Holdings, Inc.'s motion to strike James Heath's affirmative defenses nine, thirteen and fourteen, Heath's motion for leave to file a counterclaim and the parties responses thereto, it is ORDERED that Audatex North America and Solera Holdings' motion is GRANTED and Heath's motion is DENIED.  Heath's affirmative defenses nine, thirteen and fourteen are stricken.

       *s/Thomas N. O'Neill, Jr.*
       THOMAS N. O'NEILL, JR., J.